IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ajoku, Christopher

Printed: 9/3/08

Case Number: 08 B 11139
Judge: Hollis, Pamela S

Filed: 5/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | American Home Mortgage Servicing | Secured | 40,780.92 | 0.00 |
| 2. | American Home Mortgage Servicing | Unsecured | 0.00 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 2,118.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 2,822.28 | 0.00 |
| 5. | City Of Chicago | Secured |  | No Claim Filed |
| 6. | Peoples Energy Corp | Secured |  | No Claim Filed |
| 7. | Cook County Treasurer | Unsecured |  | No Claim Filed |
| 8. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 9. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 45,721.20 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

